UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUMARO RAMIREZ,<br><br>  Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br>COMMISSIONER, SOCIAL SECURITY<br>ADMINISTRATION,<br><br>  Defendant. | NO. CV 06—0045-CT<br><br>JUDGMENT |

IT IS ADJUDGED that plaintiff's and defendant's motions for summary judgment are **DENIED** and that this matter is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) to defendant Commissioner of Social Security for further administrative action consistent with the court's Opinion and Order filed concurrently with this judgment.

DATED: 7/6/06

/ S /
CAROLYN TURCHIN
UNITED STATES MAGISTRATE JUDGE